JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RITA L. JARVIS,<br><br>         Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>         Defendant. | Case No. 8:15-cv-01628 (VEB)<br><br>JUDGMENT |

For the reasons set forth in the accompanying Decision and Order, it is hereby DECREED THAT (1) Plaintiff's request for an order remanding this case for further proceedings is GRANTED and the Commissioner's decision is REVERSED; (2) the Commissioner's request for an order affirming the Commissioner's final decision and dismissing the action is DENIED; (3) judgment is entered in Plaintiff's favor

1

1 and this case is REMANDED for further proceedings consistent with the
2 accompanying Decision and Order; and (4) this case is CLOSED without prejudice
3 to a timely application for attorneys' fees and costs.

4     DATED this 1st day of June, 2016,

                             /s/Victor E. Bianchini
                             VICTOR E. BIANCHINI
                             UNITED STATES MAGISTRATE JUDGE