UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RITA L. JARVIS,<br><br>　　　　Plaintiff,<br><br>　　v<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>　　　　Defendant. | No. 8:15-cv-01628 (VEB)<br><br>ORDER AWARDING<br>EQUAL ACCESS<br>TO JUSTICE ACT ATTORNEYS'<br>FEES AND COSTS |

　　　　Based upon the parties' Stipulation for Award and Payment of Attorney Fees (Docket No. 21):

　　　　IT IS ORDERED that the Commissioner shall pay attorneys' fees and expenses in the amount of THREE THOUSAND FIVE HUNDRED DOLLARS and NO CENTS ($3,500.00), and costs under 28 U.S.C. § 1920 in the amount of ZERO DOLLARS ($0.00), as authorized by 28 U.S.C. §§ 2412(d), 1920, subject to the terms of the above-referenced Stipulation.

　　　　Dated: June 28, 2016

　　　　　　　　　　　　/s/Victor E. Bianchini
　　　　　　　　　　　　VICTOR E. BIANCHINI
　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE